UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 09 Cr. 679 (SHS) |
| -against- | : | <u>ORDER</u> |
| JORDAN HALEM, | : | |
| Defendant. | : | |

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/10

SIDNEY H. STEIN, U.S. District Judge.

  IT IS HEREBY ORDERED that Don Buchwald is relieved and Thomas Nooter will assume representation of defendant pursuant to the Civil Justice Act.

Dated: New York, New York
   April 23, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.